PROB 12C
(7/93)

Report Date: February 19, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2014

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamie David Spain                Case Number: 2:13CR00153-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Court Judge

Date of Original Sentence: May 30, 2012

| | |
|---|---|
| Original Offense: | Theft of Government Property, 18 U.S.C. § 641; Theft of Personal Property, 18 U.S.C. § 661; Malicious Mischief, 18 U.S.C. § 1363 |
| Original Sentence: | Prison 24 months  TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | George Jacobs, III |
| Defense Attorney: | Matthew A. Campbell |

Date Supervision Commenced: June 26, 2013
Date Supervision Expires: June 25, 2016

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/07/2014 and 01/28/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Spain provided a urine sample on February 6, 2014, which tested negative for controlled substances.

On February 18, 2014, Mr. Spain provided a urine sample which tested positive for THC. He signed a drug use admission form that day, admitting to the use of marijuana on or about January 23, 2014.  However, based on the fact that Mr. Spain had a negative drug test on February 6, 2014, it appears that he also consumed marijuana between the approximate dates of February 7 and February 17, 2014.

Case 2:13-cr-00153-TOR   Document 22   Filed 02/20/14

Prob12C
**Re: Spain, Jamie David**
**February 19, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 19, 2014

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

February 20, 2014

Date