PROB 12C
(7/93)

Report Date: July 17, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jamie David Spain | Case Number: | 2:13CR00153-FVS-1 |

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 30, 2012

Original Offense:  Theft of Government Property, 18 U.S.C. § 641; Theft of Personal Property, 18 U.S.C. § 661; Malicious Mischief, 18 U.S.C. § 1363;

Original Sentence:  Prison - 24 months            Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:  George J. C. Jacobs, III        Date Supervision Commenced: June 18, 2014

Defense Attorney:  Federal Defender's Office          Date Supervision Expires: March 17, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On July 14, 2014, at approximately 11:00 a.m., Mr. Spain reported to the United States Probation Office in Spokane, Washington. Mr. Spain provided a urine sample for drug screening. The sample tested presumptive positive for tetrahydrocannabinol or THC. Mr. Spain denied smoking marijuana but admitted he ingested THC on July 4, 2014. Mr. Spain advised this officer that during a gathering to celebrate the holiday, a friend brought chocolates that were reportedly made using some form of THC oils/butters. Mr. Spain signed a drug use admission form on July 14, 2014. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Spain, Jamie David**
**July 17, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/17/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

7/23/14

Date