PROB 12C  
(7/93)

Report Date: August 13, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jamie David Spain | Case Number: 2:13CR00153-FVS-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 30, 2012

| | |
|---|---|
| Original Offense: | Theft of Government Property, 18 U.S.C. § 641; Theft of Personal Property, 18 U.S.C. § 661; Malicious Mischief, 18 U.S.C. § 1363; |
| Original Sentence: | Prison - 24 months  <br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: June 18, 2014 |
| Defense Attorney: | Matthew A. Campbell |
| | Date Supervision Expires: March 17, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/17/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

2    **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 12, 2014, Jamie Spain reported to Adept Services to provide a urine sample for drug screening, as part of a random urinalysis collection program. The sample tested presumptive positive for tetrahydrocannabinol or THC. Mr. Spain signed an admission of use form on August 12, 2014. The admission form did not indicate a date for usage of the controlled substance.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/17/2014.

Prob12C
**Re: Spain, Jamie David**
**August 13, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/13/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Fred Van Sickle

Signature of Judicial Officer

August 13, 2014

Date