PROB 12C
(7/93)

Report Date: August 29, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamie David Spain          Case Number: 2:13CR00153-FVS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 30, 2012

Original Offense:   Theft of Government Property, 18 U.S.C. § 641; Theft of Personal Property, 18 U.S.C. § 661; Malicious Mischief, 18 U.S.C. § 1363

Original Sentence:  Prison 24 months;              Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney: George J. C. Jacobs, III     Date Supervision Commenced: June 18, 2014

Defense Attorney:   John Stephen Roberts, Jr.     Date Supervision Expires: March 17, 2017

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on July 17, 2014, and August 13, 2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On August 26, 2014, Mr. Spain failed to report for a random urine analysis. As a result, he was contacted and directed to report to the U.S. Probation Office to provide a urine sample for drug screening. During a telephone conversation on August 28, 2014, Mr. Spain admitted to the undersigned officer that he would be positive for marijuana, and also admitted to using marijuana on or about August 24, 2014. On August 29, 2014, Mr. Spain reported to the U.S. Probation Office and signed a drug use admission form indicating use of marijuana on or about August 24, 2014. |

Prob12C
**Re: Spain, Jamie David**
**August 29, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

September 3, 2014
Date