PROB 12C  
(7/93)

Report Date: June 23, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamie David Spain     Case Number: 0980 2:13CR00153-FVS-1

Address of Offender: ████████

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 30, 2012

Original Offense: Theft of Government Property, 18 U.S.C. § 641; Theft of Personal Property, 18 U.S.C. § 661; Malicious Mischief, 18 U.S.C. § 1363;

Original Sentence: Prison 24 months;     Type of Supervision: Supervised Release  
TSR - 36 months

Asst. U.S. Attorney: George J. C. Jacobs, III     Date Supervision Commenced: May 8, 2015

Defense Attorney: Federal Defenders Office     Date Supervision Expires: June 7, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

     **Supporting Evidence**: Jamie Spain failed to report to the probation office and submit a truthful and complete written report within the first 5 days of June 2015, in violation of standard condition #2 of the terms of his supervised release.

     The undersigned officer spoke with Mr. Spain on June 22, 2015, and informed him that he was in violation for failure to fill out his monthly report within the first 5 days of June. He was directed to report to the U.S. Probation Office to fill out this paperwork and to speak with the undersigned officer regarding his violation behaviors. As of the date of this report, Mr. Spain has failed to report to the U.S. Probation Office.

2     **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Spain, Jamie David
June 23, 2015
Page 2

**Supporting Evidence**: Jaime Spain failed to report for drug testing on May 27, June 6, 18, and 22, 2015, in violation of special condition #19 of the terms of his supervised release.

Mr. Spain has failed to report to the contracted vendor for random urine testing since his release from incarceration on May 8, 2015. He was directed to report for a urine test on June 22, 2015, by the undersigned officer. Mr. Spain failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/23/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

June 23, 2015

Date